TWO AVENUE D CORPORATION, Respondent, *v.* CITY OF NEW YORK et al., Appellants.

Supreme Court, Appellate Term, First Department, March 13, 1947.

*Charles E. Murphy, Corporation Counsel (Harry E. O'Donnell, Reuben Levy* and *Max Berman* of counsel), for appellants.

*Morris Schaeffer* and *Frank L. Silverman* for respondent.

MEMORANDUM *Per Curiam.* Under authority of *Matter of City of New York (Bronx River Parkway Extension)* (N. Y. L. J., March 3, 1939, p. 999, col. 2), sections 415(1)-7.0 and 415(1)-17.0 of the Administrative Code of the City of New York; *United States* v. *44,549 Square Feet of Land* (41 F. Supp. 523), *New York University* v. *American Book Co.* (197 N. Y. 294), *Matter of Trustees of Union College* (129 N. Y. 308) and *United States* v. *Certain Parcels of Land in Philadelphia* (130 F. 2d 782), the judgment should be reversed, with $30 costs,

and judgment directed for the defendants, with costs, without prejudice to such other remedy as plaintiff-respondent may be advised to pursue.

HAMMER, SHIENTAG and EDER, JJ., concur.

Judgment reversed.